IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | **4:23CR3051** |
| vs. | |
| JACK OLSON, | **ORDER** |
| Defendant. | |

Defendant has reviewed the government's disclosures and now requests a deadline for filing pretrial motions. Accordingly,

IT IS ORDERED that Defendant Olson's pretrial motions shall be filed on or before October 18, 2023.

Dated this 19th day of September, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge