IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:23CR3051 |
| vs. | |
| JACK OLSON, a/k/a "Cody Jones", | NOTICE: SUMMARY FOR SUPERSEDING INDICTMENT |
| Defendant. | |

COMES NOW the Plaintiff, United States of America, by and through the undersigned Assistant United States Attorney, and pursuant to local Rule of Criminal Procedure 7.2, provides this summary of changes and additions to the Superseding Indictment:

1. Grammatical edits and revisions were made to Count I of the Superseding Indictment, which charges the Defendant with Conspiracy in violation 18 U.S.C. § 1349 and 2.

2. Count II of the Superseding Indictment has been revised to now charge Defendant with wire fraud in violation 18 U.S.C. § 1343.

3. Count XIV in the Original Indictment is now Count III of the Superseding Indictment and charges Defendant with wire fraud in violation 18 U.S.C. § 1343.

4. Count IV of the Superseding Indictment has been revised to now charge Defendant with wire fraud in violation 18 U.S.C. § 1343.

5. Four counts of Tax Evasion in violation 26 U.S.C. § 7201 were added as Counts V-VIII of the Superseding Indictment.

6. Counts II, V-XIII, and XV of the original Indictment have been removed as either they do not pertain to this Defendant or the government no longer intends to pursue those Counts at trial.

2

                UNITED STATES OF AMERICA
                Plaintiff

                SUSAN T. LEHR
                United States Attorney

By:    s/ Donald J. Kleine
        DONALD J. KLEINE, #22669
        Assistant U.S. Attorney
        1620 Dodge Street, Suite 1400
        Omaha, NE  68102-1506
        Tel:  (402) 661-3700
        E-mail: donald.kleine@usdoj.gov