IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JACK OLSON,<br><br>                Defendant. | 4:23CR3051<br><br>**ORDER** |

      Defendant Jack Olson has moved to continue the trial (Filing No. 236) because a Superseding Indictment has been filed with additional allegations and voluminous discovery has been produced in relation to the new charges. The new charges require additional time to prepare for trial. The motion to continue is unopposed. Based upon the showing set forth in the motion, the court finds good cause has been shown and the motion to continue should be granted. Accordingly,

      IT IS ORDERED:

1) Defendant's unopposed motion to continue (Filing No. 236) is granted.

2) The trial of this case is set to commence before the Honorable John M. Gerrard, Senior United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on September 23, 2024, or as soon thereafter as the case may be called, for a duration of five (5) trial days. Jury selection will be held at commencement of trial.

3) The court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between today's date and September 23, 2024, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1) & (h)(7). Failing to timely

2

object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 23rd day of May, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge