IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHNNY PALERMO, RICHARD GONZALEZ, and JACK OLSON,<br><br>Defendants. | 4:23-CR-3051<br><br>ORDER |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VINCENT J. PALERMO,<br><br>Defendant. | 4:23-CR-3052<br><br>ORDER |

The defendants in each of these cases were ordered to pay restitution to, among others, the "Latino Peace Officers Association (LPOA)." It appears that there may be a disagreement over who that is.

The Court has received and filed a motion from the "National Latino Peace Officers Association Omaha Chapter Foundation" ("NLPOA Foundation"), alleging that it was the victim of these offenses. But the NLPOA Foundation alleges that restitution payments have been made instead to the "National Latino Peace Officers Association, LPOA Omaha Chapter" ("NLPOA Omaha"), which it says is a different entity that wasn't actually victimized by these defendants.

The Court will, plainly, need to sort out what the NLPOA Foundation and NLPOA Omaha are, and who should be receiving restitution as a victim of these offenses. Accordingly,

IT IS ORDERED:

1. The Clerk of the Court is directed to add the "National Latino Peace Officers Association Omaha Chapter Foundation" to these cases as an interested party, represented by filing counsel.

2. The government shall respond to the NLPOA Foundation's motion on or before July 11, 2025.

3. NLPOA Omaha may appear in these cases, through counsel, as an interested party, and may respond to the NLPOA Foundation's motion on or before July 11, 2025.

4. The NLPOA Foundation may reply in support of its motion on or before July 25, 2025.

5. The Clerk of the Court shall provide a copy of this order to NLPOA Omaha by email at info@nlpoa-ne.org and by U.S. Mail at:

    NLPOA Omaha Chapter
    P.O. Box 241764
    Omaha, NE 68124

6.  The Clerk of the Court shall withhold any restitution payments to the "Latino Peace Officers Association (LPOA)" until further order of the Court.

Dated this 11th day of June, 2025.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Senior United States District Judge